IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Cadenhead, Valerie T | Case Number: 08 B 00929 |
|---|---|---|
| | Hunter, Cornel W | Judge: Wedoff, Eugene R |
| | Printed: 5/27/08 | Filed: 1/16/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: April 10, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 0.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 0.00 |
| Trustee Fee: | | 0.00 |
| Other Funds: | | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Chase Home Finance | Secured | 0.00 | 0.00 |
| 2. | Internal Revenue Service | Secured | 0.00 | 0.00 |
| 3. | Capital One Auto Finance | Secured | 0.00 | 0.00 |
| 4. | HSBC Auto Finance | Secured | 27,950.00 | 0.00 |
| 5. | Chase Home Finance | Secured | 14,200.00 | 0.00 |
| 6. | Internal Revenue Service | Priority | 23,750.38 | 0.00 |
| 7. | GE Money Bank | Unsecured | 707.49 | 0.00 |
| 8. | Performance Capital Mgmt | Unsecured | 384.40 | 0.00 |
| 9. | Internal Revenue Service | Unsecured | 3,268.06 | 0.00 |
| 10. | Educational Credit Management Corp | Unsecured | 2,793.41 | 0.00 |
| 11. | Commonwealth Edison | Unsecured | 821.83 | 0.00 |
| 12. | US Bank | Unsecured | 1,517.69 | 0.00 |
| 13. | EPN Inc | Unsecured | 61.36 | 0.00 |
| 14. | ECast Settlement Corp | Unsecured | 72.35 | 0.00 |
| 15. | Peoples Energy Corp | Unsecured | 4,894.38 | 0.00 |
| 16. | HSBC Auto Finance | Unsecured | 464.39 | 0.00 |
| 17. | Bally Total Fitness | Unsecured | | No Claim Filed |
| 18. | Illinois Dept of Revenue | Unsecured | | No Claim Filed |
| 19. | Capital One | Unsecured | | No Claim Filed |
| 20. | AmSher Collection Services | Unsecured | | No Claim Filed |
| 21. | Dependon Collections Service | Unsecured | | No Claim Filed |
| 22. | California Student Aid | Unsecured | | No Claim Filed |
| 23. | California Student Aid | Unsecured | | No Claim Filed |
| 24. | Collection | Unsecured | | No Claim Filed |
| 25. | City Of Chicago | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Cadenhead, Valerie T | Case Number: 08 B 00929 |
| --- | --- | --- |
| | Hunter, Cornel W | Judge: Wedoff, Eugene R |
| | Printed: 5/27/08 | Filed: 1/16/08 |

| | | | | |
| --- | --- | --- | --- | --- |
| 26. | Von Maur | Unsecured | | No Claim Filed |
| 27. | Macy's | Unsecured | | No Claim Filed |
| 28. | Harvard Collection Services In | Unsecured | | No Claim Filed |
| 29. | Harris & Harris | Unsecured | | No Claim Filed |
| 30. | Medical Collections | Unsecured | | No Claim Filed |
| 31. | HSBC | Unsecured | | No Claim Filed |
| 32. | Medical Collections | Unsecured | | No Claim Filed |
| 33. | HSBC | Unsecured | | No Claim Filed |
| 34. | Medical Collections | Unsecured | | No Claim Filed |
| 35. | Medical Collections | Unsecured | | No Claim Filed |
| 36. | Medical Collections | Unsecured | | No Claim Filed |
| 37. | MRSI | Unsecured | | No Claim Filed |
| 38. | Receivables Performance | Unsecured | | No Claim Filed |
| 39. | NCO Financial Systems | Unsecured | | No Claim Filed |
| 40. | NCO Financial Systems | Unsecured | | No Claim Filed |
| 41. | MRSI | Unsecured | | No Claim Filed |
| 42. | Opex Communications | Unsecured | | No Claim Filed |
| 43. | Professional Account Management | Unsecured | | No Claim Filed |
| 44. | Professional Account Management | Unsecured | | No Claim Filed |
| 45. | Talbots | Unsecured | | No Claim Filed |
| 46. | Nordstrom | Unsecured | | No Claim Filed |
| 47. | The Bureau Inc | Unsecured | | No Claim Filed |
| 48. | RCN | Unsecured | | No Claim Filed |
| 49. | The Bureau Inc | Unsecured | | No Claim Filed |
| 50. | Valentine & Kebartas Inc | Unsecured | | No Claim Filed |
| 51. | USBC | Unsecured | | No Claim Filed |
| 52. | University Of Phoenix | Unsecured | | No Claim Filed |
| 53. | Wfnnb/Expres | Unsecured | | No Claim Filed |
| 54. | Washington Mutual Providian | Unsecured | | No Claim Filed |
| 55. | Aaron Sales & Lease Ow | Unsecured | | No Claim Filed |

$ 80,885.74                $ 0.00

TRUSTEE FEE DETAIL

Fee Rate        Total Fees

$ 0.00

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

*[signature]*